In The United States District Court
Northern District Of Indiana

| | |
|---|---|
| TCYK LLC, | ) |
| | ) |
| | ) Case No.: 13-cv-296 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Does 1-8, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to all remaining Defendants identified in Plaintiff's Complaint that have not already been dismissed. This terminates the matter.

DATED:  April 8, 2014              Respectfully submitted,

                                          TCYK LLC

                                          By:     s/ Keith A. Vogt
                                                  Keith A. Vogt (Bar No. 6207971)
                                                  Takiguchi & Vogt, LLP
                                                  1415 W. 22nd Street, Tower Floor
                                                  Oak Brook, Illinois 60523
                                                  630.974.5707
                                                  Attorney for Plaintiff